**UNIDED STATES DISTRCT COURT**

**DISTRICT OF MINNESOTA**

The Trustees of the Twin City Bricklayers Fringe Benefit Funds, and the Trustees of International Trowel Trades Pension Fund,

Civil File No. 01-721 RHS/SRN (handwritten: K)

Plaintiffs,

Vs

UNITED SEALANT APPLICATORS, INC., a Minnesota Corporation d/b/a U.S.A. Caulking, Inc.; and U.S. Sealant and Supply, Inc., a Minnesota corporation

Defendants.

---

**ORDER EXTENTING RESPONSE TIME**

At a session of said court held on the date set forth below.

PRESENT: HON SUSAN RICHARD NELSON

Consistent with the stipulation set forth below, and pursuant to FRCP 6(b).

IT IS ORDERED that the time within which Defendants may answer or otherwise respond to Plaintiffs' complaint be and is hereby extended to June 6, 2001.

Date: May 22, 2001

Susan Richard Nelson
The Honorable Susan Richard Nelson
United States Magistrate Judge

I stipulate to the entry of the above order.

John F. Cameron (#218613)
Cameron Law Office
33 South 6th Street, Suite 4100
Minneapolis, MN 55102-1300
(612) 341-0394

Andrew E. Staab (#204705)
Rosene, Haugrud & Staab, Chartered
386 North Wabash, Suite 1250
St. Paul, MN 55102-1300
(651) 227-6621

FILED MAY 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.____
DEPUTY CLERK____