**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

The Trustees of the Twin City Bricklayers Fringe Benefit Funds, and the Trustees of International Trowel Trades Pension Fund,

Civil File No. 01-721 (RHK/SRN)

Plaintiffs,

vs.

**STIPULATION FOR SETTLEMENT AND ORDER**

UNITED SEALANT APPLICATORS, INC., a Minnesota corporation, d/b/a U.S.A. Caulking, Inc.; and U.S. Sealant and Supply, Inc., a Minnesota corporation

Defendants.

---

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto, as follows:

1. That Defendants shall execute and deliver to Plaintiffs a Promissory Note together with a Confession of Judgment and Verifications requiring payment of the principal sum of $68,000.00 in favor of Plaintiffs, which represents arrearages on fringe benefit contributions through December, 31, 2000, plus liquidated damages, costs and attorney fees. Defendants agree to add Michael Brown as a signator to the Promissory Note and Confession of Judgment, as personal guarantor of payments there under.

2. That in consideration for Defendants' payment of $68,000.00 in accordance with the above-referenced Promissory Note, Plaintiffs agree not to confess judgment against the Defendants.

3. That the parties agreed to additionally execute a separate Mutual Release with respect to all claims, demands, rights or causes of action of whatever kind or nature including but not limited to claims for damages, injunctive relief or attorney fees which have been or may have been asserted in this action.

4. That this Stipulation for Settlement does not alter or otherwise affect any collective bargaining agreement with any union, and/or any labor agreement and/or participation agreement to which Defendants are currently bound.

5. That this matter may be dismissed with prejudice by the Court in accordance with the terms hereof; provided, however, that the matter may be reopened upon application of either party

MAR 12 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

in the event of a default in the terms of settlement as embodied herein and for the purpose of enforcing the terms of this Stipulation for Settlement.

ROSENE, HAUGRUD & STAAB, CHARTERED

Dated: February 6, 2002

Andrew E. Staab
Attorneys for Plaintiffs
400 Robert Street North, Suite 1800
Saint Paul, MN 55101
(651) 227-6621
Attorney Registration #204705

CAMERON LAW OFFICE

Dated: February 8, 2002

John F. Cameron
Attorneys for Defendants
4100 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 341-0394
Attorney Registration #218613

**ORDER**

Based upon the parties' Stipulation, this matter is hereby dismissed with prejudice. This matter may be reopened upon application of either party in the event of a default or breach of the terms of the parties' settlement.

SO ORDERED.

Dated: 3/12, 2002

The Honorable Richard H. Kyle
United States District Judge

H:\Labor\6000_6080 Bricklayers\6041.46 & 3400.02 USA Caulking\Docs\Stipulation for Settle.doc
Revised 03/12/99